UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA NEELY,<br><br>      Plaintiff/Counter Defendant,<br><br>v.<br><br>LAW OFFICES OF CARY MARTIN HAYS AND ASSOCIATES, P.C.; GARY MARTIN HAYS; CAVEAT RUMPUS, LLC, d/b/a Gary's Bistro,<br><br>      Defendants/Counter Plaintiffs, | CIVIL ACTION FILE<br><br>1:13-cv-2198-SCJ |

## J U D G M E N T

This action having come before the court, Honorable Steve C. Jones, United States District Judge, pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the Court having directed that the Clerk enter Judgment in favor of Plaintiff and against Defendants, it is

**Ordered and Adjudged** that plaintiff Lisa Neely is hereby awarded the amount of $25,000.00, plus reasonable attorneys' fees to be determined by the Court and costs now accrued against the Defendants collectively. Defendants' counterclaims are dismissed with prejudice, and this action be, and the same hereby is, **DISMISSED**. .

Dated at Atlanta, Georgia, this 9th day of December, 2013.

                                            JAMES N. HATTEN
                                            CLERK OF COURT

                            By:     s/Amanda Querrard
                                              Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  December 9, 2013
James N. Hatten
Clerk of Court

By:  s/Amanda Querrard
      Deputy Clerk