UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LISA NEELY,<br><br>        Plaintiff,<br><br>vs.<br><br>LAW OFFICES OF GARY MARTIN HAYES AND ASSOCIATES, P.C., GARY MARTIN HAYS and CAVEAT RUMPUS, LLC d/b/a GARY'S BISTRO,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-2198-SCJ |

## ATTORNEY FEE JUDGMENT

This action having come before the court, Honorable Steve C. Jones, United States District Judge, on the Consent Motion for Attorneys' Fees and Costs and the court having granted said motion, it is

**Ordered and adjudged** that Plaintiff Lisa Neely recover $17,500.00 for her attorneys' fees and costs from defendants.

Dated at Atlanta, Georgia this 8th day of January, 2014.

                                                    JAMES N. HATTEN
                                                  CLERK OF COURT

                                          By: *s/Amanda Querrard*
                                                  Deputy Clerk

.

Prepared, filed and entered
in the Clerk's Office
   January 8, 2014
James N. Hatten
Clerk of Court

By: *s/Amanda Querrard*
      Deputy Clerk